UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAYTON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 08-33-JVP-DLD** |
| **NABORS DRILLING USA, LP** | |

### ORDER

The Court *sua sponte* noted the potential insufficiency of the defendant's allegation of its citizenship in support of diversity jurisdiction. For a partnership, case law suggests that a partnership has the citizenship of each one of its partners. See *International Paper Co. v. Denkmann Assoc.,* 116 R.3d 134, 137 (5th Cir. 1997). A limited partnership or L.P. also has the citizenship of each one of its partners, both general and limited. See *Carden v. Arkoma Associates,* 494 U.S. 185, 110 S.Ct. 1014, 1008 L.Ed.2d 157 (1990). The notice of removal states that Nabors Drilling USA, L.P. is a partnership, chartered under the laws of Delaware, with its principal place of business in Houston, Texas, but does not state the citizenship of each of its partners, general and limited. Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **April 30, 2008**, the defendant shall file an amended notice of removal providing the citizenship of defendant, Nabors Drilling USA, L.P., by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on April 15, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**